[No. 31010-1-I.    Division One.    July 5, 1994.]

BRETT E. JOHNSON, *Appellant*, v. PATRICIA AITKEN, *as
Judge of the Superior Court,* ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 91-2-18626-0, Ann Schindler, J., entered No-
vember 19, 1991, Lloyd W. Bever, J., entered October 11 and
22, 1991, and R. Joseph Wesley, J., entered June 2, 1992.

*Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker and Becker, JJ.